IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AOZORA NEW ZEALAND LTD.,

    Plaintiff,

v.

FRU-VEG MARKETING, INC.,

    Defendant.

CIVIL ACTION
NO. 17-2594

## ORDER

**AND NOW**, this 27th day of November 2019, upon consideration of Plaintiff's "Notice of Motion to Amend and Supplement Plaintiff's Complaint" (Doc. No. 46.) and Defendant's Response in Opposition (Doc No. 50.), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Plaintiff's Motion to Amend and Supplement Plaintiff's Complaint (Doc. No. 46) is **DENIED**.

It is **FURTHER ORDERED** that this case is listed for trial on **February 13, 2020 at 9:30 a.m. in Courtroom 13A**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.